UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,          )
                                   )
              v.                   )          CAUSE NO. 2:10 CR 109 (2)
                                   )
SISTO BERNAL                       )

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY

TO:  THE HONORABLE RUDY LOZANO, JUDGE
     UNITED STATES DISTRICT COURT

Upon defendant's request to enter a plea of guilty pursuant
to Federal Rule of Criminal Procedure 11, this matter came on for
hearing before the Honorable Andrew P. Rodovich, United States
Magistrate Judge, on July 13, 2012, with the written consents of
the defendant, counsel for the defendant, and counsel for the
United States of America.

The hearing on defendant's plea of guilty was in full
compliance with Rule 11, before the Magistrate Judge in open
court and on the record.

In consideration of that hearing and the statements made by
the defendant under oath on the record, and in the presence of
counsel, the remarks of Assistant United States Attorney Joseph
Cooley, and of Attorney Matthew Fech, counsel for defendant,

I **FIND** as follows:

(1)  that the defendant understands the nature of the charge
     against him to which the plea is offered;

(2)  that the defendant understands his right to trial by
     jury, to persist in his plea of not guilty, to the

assistance of counsel at trial, to confront and cross-
examine adverse witnesses, and his right against com-
pelled self-incrimination;

(3)   that the defendant understands what the maximum
possible sentence is, including the effect of the
supervised release term, and defendant understands
that the Probation Department will prepare a pre-
sentence report based upon the sentencing guide-
lines but that the court may depart from those
guidelines under some circumstances;

(4)   that the plea of guilty by the defendant has been
knowingly and voluntarily made and is not the
result of force or threats or of promises;

(5)   that the defendant is competent to plead guilty;

(6)   that the defendant understands that his answers
may later be used against him in a prosecution for
perjury or false statement;

(7)   that there is a factual basis for the defendant's
plea; and further,

I **RECOMMEND** that the court accept the defendant's plea of
guilty to the offenses charged in Counts 1, 2 and 14 of the Third
Superseding Indictment and that the defendant be adjudged guilty
of the offenses charged in Counts 1, 2 and 14 of the Third Super-
seding Indictment and have sentence imposed.  A presentence
report has been ordered.  Should this Report and Recommendation

be accepted and the defendant adjudged guilty, sentencing will be
scheduled before Judge Rudy Lozano.

ENTERED this 17th day of July, 2012

                              s/ Andrew P. Rodovich
                                United States Magistrate Judge