```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF INDIANA
                   HAMMOND DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CAUSE NO. 2:10-CR-109 |
| ) | |
| SISTO BERNAL,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Sisto Bernal (DE #492) filed on July 17, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Sisto Bernal, and **FINDS** the Defendant guilty of Counts 1, 2, and 14 of the third superseding indictment.

This matter is set for sentencing on January 15, 2013, at 1:00 p.m.

**DATED: August 6, 2012**                    /s/RUDY LOZANO, Judge
                                             **United States District Court**